No. 25-1458

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

ROOTERMAN LLC,

*Plaintiff-Appellee,*

v.

KLODIAN BELEGU; QUALITY AIR CARE CORPORATION; RM WATER DAMAGE RESTORATION LTD; 911 SEWER & DRAIN CORPORATION,

*Defendants-Appellants.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:24-cv-13015-PBS
The Honorable Patti B. Saris*

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX**

MARC J. RANDAZZA
JAY M. WOLMAN
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com
Attorneys for Defendants-Appellants.

# INTRODUCTION

Klodian Belegu, Quality Air Care Corporation ("QAC"), Water Damage Restoration, Ltd. f/k/a RM Water Damage Restoration Ltd., and 911 Sewer & Drain Corporation ("Defendants-Appellants"), seek a 45-day extension of time to file their opening brief and appendix, which are currently due on July 16, 2025.

# BACKGROUND AND PROCEDURAL HISTORY

On April 11, 2025, the District Court entered a preliminary injunction barring Defendants-Appellants from competing with Plaintiff-Appellee Rooterman, LLC. Mr. Belegu and QAC are former franchisees of Rooterman. The injunction seemingly went into effect that same day, though on April 29, 2025, it was placed on hold until Rooterman posted a bond. On May 22, the District Court lifted the suspension of the injunction on account of the posting of the bond. Despite disagreeing with the imposition and scope of the injunction, which is the basis for this appeal, Defendants-Appellants have been in compliance with it.

On June 23, 2025, the parties participated in a CAMP Pre-Argument Settlement Conference. That process has not yet formally concluded.

# ARGUMENT

Because the CAMP Pre-Argument Settlement Conference has not formally concluded. Judge King, however, will be away until July 14, and Appellants' counsel has other travel and litigation commitments thereafter. Thus, conclusion of

the CAMP Pre-Argument Settlement Conference is not likely to occur until at least 30 days from now. And it would make little sense for the parties to have engaged in costly appellate briefing and filing should they achieve a settlement

If such proceeding does not result in a settlement, then Appellants' counsel will need a few weeks to draft the opening brief and assemble the appendix.

No party should be prejudiced by a brief extension. The injunction on appeal is running to the benefit of Appellee. And the underlying litigation is still in its nascency, with additional defendants not even yet having formally appeared or responded to the recently amended complaint.[1]

## CONCLUSION

In light of the foregoing, a 45-day extension of the deadline to file the opening brief and appendix is warranted.

Date: July 10, 2025.

Respectfully submitted,
RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Marc J. Randazza (Bar No. 90629)
Jay M. Wolman (Bar No. 1135959)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

*Attorneys for Appellants*

---

[1] Appellants sought Appellees' position on this request, but a response has not been received as of the time of filing.

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 650 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word Times New Roman 14-point font.

Date: July 10, 2025.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
JAY M. WOLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: July 10, 2025.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
JAY M. WOLMAN